UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST PALM BEACH POLICE PENSION FUND, on behalf of itself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civ. A. No. 2:13-cv-06731-BMS |
| v. | : : | |
| DFC GLOBAL CORP., et al., | : : | JURY TRIAL DEMANDED |
| Defendants. | : : | |
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civ. A. No. 2:14-cv-01705-BMS |
| v. | : : | |
| DFC GLOBAL CORP., et al., | : : | JURY TRIAL DEMANDED |
| Defendants. | : : | |

FILED
APR 22 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION AND [PROPOSED] CONSOLIDATION AND SCHEDULING ORDER

WHEREAS, on November 20, 2013, plaintiff West Palm Beach Police Pension Fund filed a putative class action alleging violations of the Securities Exchange Act of 1934 (the "West Palm Beach action") on behalf of investors in common stock of DFC Global Corp. ("DFC Global") during the period of January 28, 2011 through August 22, 2013;

WHEREAS, the defendants in the West Palm Beach action waived service of the complaint;

WHEREAS, on November 22, 2013, the parties to the *West Palm Beach* action entered

*1*

into a Stipulation and [Proposed] Scheduling Order, which provided that defendants need not respond to the pending complaint and that within fourteen (14) days after appointment of Lead Plaintiff(s) and the Court's approval of Lead Counsel, the parties would meet and confer and propose to the Court a schedule for the filing of an amended complaint and the filing of any response(s) thereto;

WHEREAS, on November 25, 2013, the Court entered the Stipulation and [Proposed] Scheduling Order as an Order of the Court in the West Palm Beach action;

WHEREAS, on January 21, 2014, there were three motions filed in the West Palm Beach action by applicants seeking appointment as Lead Plaintiff and approval of their counsel as Lead Counsel (the "Lead Plaintiff motions"), among which was a motion filed by the Institutional Investor Group, comprised of West Palm Beach Police Pension Fund, Arkansas Teacher Retirement System, Macomb County Employees Retirement System, and Laborers' District Council and Contractors' Pension Fund of Ohio;

WHEREAS, on March 21, 2014, plaintiff Arkansas Teacher Retirement System filed a putative class action alleging violations of the Securities Act of 1933 (the "Arkansas Teacher action") on behalf investors who bought DFC Global common stock in an offering of April 7, 2011, which is within the class period asserted in the West Palm Beach action;

WHEREAS, on March 25, 2014, the Court heard argument on the Lead Plaintiff motions filed and thereafter fully briefed in the West Palm Beach action;

WHEREAS, the defendants in the Arkansas Teacher action were either served with or waived service of the complaint;

WHEREAS, on April 10, 2014, the Court issued an Opinion granting the motion of the Institutional Investor Group for appointment as Lead Plaintiff and approval of the Group's

2

counsel at the law firms of Barrack, Rodos & Bacine and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel; and

WHEREAS, the parties in the West Palm Beach action and Arkansas Teacher action have met and conferred with respect to consolidation and scheduling matters pertaining to the two actions;

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, as follows:

1. Defendants need not respond to the pending complaint in the Arkansas Teacher action;

2. The West Palm Beach action and the Arkansas Teacher action should be consolidated based on the similarity of facts underlying the cases and the overlap of putative class members in the two actions;

3. The two actions should have a consolidated caption as follows, and all filings shall hereafter be made in Civ. A. No. 2:13-cv-06731-BMS:

| | |
|---|---|
| IN RE DFC GLOBAL CORP. SECURITIES LITIGATION : : | Civ. A. No. 2:13-cv-06731-BMS |

4. Lead Plaintiff shall file a Consolidated Complaint in the consolidated action within sixty (60) days of the entry of this [Proposed] Consolidation and Scheduling Order;

5. Defendants shall respond to the Consolidated Complaint within sixty (60) days of the filing of the Consolidated Complaint;

6. In the event defendants (or any of them) move to dismiss the Consolidated Complaint, Lead Plaintiff shall file its responding brief(s) within forty-five (45) days of the filing of the defendants' motion(s); and

7. In the event defendants (or any of them) move to dismiss the Consolidated Complaint, defendants shall file their reply briefs, as applicable, within twenty-one (21) days of the filing of Lead Plaintiff's answering brief(s)

Dated: April 21, 2014

Respectfully submitted,

**BARRACK, RODOS & BACINE**

By: /s/ Jeffrey W. Golan
    Jeffrey W. Golan
    Jeffrey A. Barrack
    Lisa M. Lamb
    3300 Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 963-0600

Hannah G. Ross
Katherine Stefanou
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400

*Counsel for Lead Plaintiff and Lead Counsel for the Putative Class*

**PEPPER HAMILTON LLP**

By: /s/ Jay A. Dubow
    Jay A. Dubow
    Gay Parks Rainville
    3300 Two Logan Square
    Philadelphia, PA 19103
    Telephone: (215) 981-4000

*Attorneys for Defendants DFC Global Corp., Jeffrey A. Weiss, Randy Underwood, David Jessick, Kenneth Schwenke, Clive Kahn, John Gavin Ron McLaughlin and Michael Kooper*

4

**HANGLEY ARONCHICK SEGAL & PUDLIN**

By: /s/ John S. Summers
   John S. Summers
   Dina L. Hardy
   One Logan Square, 27th Floor
   Philadelphia, PA 19103
   Telephone: (215) 496-7007

Bradley J. Butwin
Jonathan Rosenberg
William J. Sushon
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 728-5693

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Nomura Securities International, Inc.*

**APPROVED AND SO ORDERED:**

_____, 2014

_____
Honorable Berle M. Schiller
United States District Judge

5